RECEIVED
IN LAKE CHARLES, LA
SEP 21 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **TIMOTHY RAY RAINWATER** | **CIVIL ACTION NO. 06-0346** |
| VS. | SECTION P |
| 36th **JUDICIAL COURT, ET AL** | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

## J U D G M E N T

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**IT IS FURTHER ORDERED** that to the extent that plaintiff's filing can be construed as a petition for writ of *habeas corpus,* that same be **DISMISSED WITH PREJUDICE** as second and successive.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 15 day of Sept, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE